UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JULIE KROUB,

                Plaintiff,

vs.

HILLCREST, DAVIDSON, AND ASSOCIATES L.L.C. and SYNCHRONY BANK,

                Defendant.

------------------------------------------------------------x

Case No.: 1:21-cv-03177-MKB-CLP

**NOTICE OF SETTLEMENT**

Plaintiff Julie Kroub ("Plaintiff") hereby notifies the Court that the present case has been settled between Plaintiff and Defendant Hillcrest, Davidson and Associates L.L.C. (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action as to Defendant Hillcrest, Davidson and Associates L.L.C., and adjourn all deadlines and conferences.

DATED:  June 28, 2021                  **COHEN & MIZRAHI LLP**
                                                  MOSHE O. BOROOSAN

                                                  /s/ Moshe O. Boroosan
                                                  MOSHE O. BOROOSAN
                                                  300 Cadman Plaza West, 12th Floor
                                                  Brooklyn, NY 11201
                                                  Telephone:  929/575-4175
                                                  mboroosan@cmlattorneys.com

                                                  *Attorneys for Plaintiff Julie Kroub*