

Moshe O. Boroosan – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: mboroosan@cmlattorneys.com | W: cml.legal

July 1, 2021

**VIA ECF**
The Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Kroub v. Hillcrest, Davidson & Associates L.L.C. and Synchrony Bank*,
     Case No: 1:21-cv-03177-MKB-CLP

Dear Judge Pollak:

  We represent plaintiff Julie Kroub ("Plaintiff") in the above-referenced action and write to respectfully request that the Court schedule an initial conference.

  On June 4, 2021, Plaintiff filed her initial complaint against defendants Hillcrest, Davidson & Associates L.L.C ("Hillcrest") and Synchrony Bank (ECF No. 1). On June 28, 2021, the Court issued an order directing the parties to appear for an initial pretrial conference (ECF No. 8). That same day, Plaintiff settled with Defendant Hillcrest, and filed a notice of settlement (ECF No. 9). In response to the notice of settlement, the Court entered an order canceling the initial pretrial conference. *See* ECF order dated June 29, 2021. Defendant Synchrony Bank, however, is still a defendant in this action. Accordingly, we respectfully request that the Court schedule an initial conference.

  We thank the Court for its consideration of this request.

            Respectfully submitted,

            */s/ Moshe O. Boroosan*
            MOSHE O. BOROOSAN

cc: All Counsel of Record via ECF